United States District Court
Southern District of Texas
**ENTERED**
December 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SEAN THEALL,

    Plaintiff,

v.                                                                 C.A. No.: 4:21-cv-3266

M.T.-MATRIX TECHNOLOGIES, LLC,
and DONAL L. LARSON,

    Defendants.

                              /

## ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Notice of Dismissal with Prejudice filed by the Plaintiff.

IT IS ORDERED, that all claims asserted by Plaintiff, SEAN THEALL, against Defendants, M.T.-MATRIX TECHNOLOGIES, LLC, and DONAL L. LARSON, in this action are hereby dismissed, **with prejudice**, each Party bearing their own attorney's fees and costs.

Signed this _2_ day of ___Dec___, 2021.

                                            _____
                                            DAVID HITTNER
                                            UNITED STATES DISTRICT JUDGE